| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 2:11-bk-13939-AA |
| In re<br><br>Mario Rene Marroquin Torres<br>Ana Del Carmen Guardado Marroquin<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Mario Rene Marroquin Torres & Ana Del Carmen Guardado Marroquin *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 01/29/2011.

2. I am the owner of real property[1] at the following street address:

    4531-4533-4535 East 6th St

    Los Angeles, CA 90022    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Ocwen Loan Servicing.

    b. Second deed of trust in favor of ____ *(if applicable)*. NONE---

    c. Third deed of trust in favor of ____ *(if applicable)*. NONE

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Case 2:11-bk-13939-AA    Doc 18    Filed 03/13/11    Entered 03/13/11 10:52:49    Desc
Main Document    Page 2 of 6

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | CHAPTER 13 |
|---|---|
| Mario Rene Marroquin Torres<br>Ana Del Carmen Guardado Marroquin<br>Debtor(s). | CASE NUMBER 2:11-bk-13939-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
|  | **$2,870.00** | **1-15th February 2011** | 03/10/11  (*) |
| Ocwen Loan Servicing<br>PO BOX 6440<br>Carol Stream, IL 90197 | $2,870.00 | 1-15th March 2011 | 03/10/11 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.  (*) NOTE: February pmt sent to lender on 02/05/11, but returned back to debtor. Debtor now sent the mortgage pmt Feb' 11 (purchase 03/07/11), March '11 (purchase 03/09/11). See attached copy of money orders from Postal Office.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

Case 2:11-bk-13939-AA    Doc 18    Filed 03/13/11    Entered 03/13/11 10:52:49    Desc
Main Document    Page 3 of 6

Declaration Setting Month Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Mario Rene Marroquin Torres<br>Ana Del Carmen Guardado Marroquin | Debtor(s). | CASE NUMBER 2:11-bk-13939-AA |

6. Attached to this declaration are copies of the:

☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  March 12, 2011                    Signature  /s/ Mario Rene Marroquin Torres
                                                   Mario Rene Marroquin Torres
                                                   Debtor

Date  March 12, 2011                    Signature  /s/ Ana Del Carmen Guardado Marroquin
                                                   Ana Del Carmen Guardado Marroquin
                                                   Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

## USPS Certified Mail Receipt

Article Number: 7010 0780 0000 3372 1595

Sent to: OWEN LOAN SERVICING
Street/PO Box: P.O. BOX 6440
City, State, ZIP+4: CAROL STREAM IL, 60197-6440

Postmark: MAR 10 2011, East Los Angeles, CA

## USPS Sales Receipt

East Los Angeles Post Office
LOS ANGELES, California
900229998
0545300022 -0096
03/10/2011    (800)275-8777    10:49:22 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| CAROL STREAM IL 60197 Zone-7 First-Class Letter 0.40 oz. Expected Delivery: Mon 03/14/11 | | | $0.44 |
| Certified | | | $2.80 |
| Label #: | | 70100780000033721595 | |
| Issue PVI: | | | $3.24 |

Total: $3.24

Paid by:
Cash    $20.00
Change Due:    -$16.76

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************
****************************************

Bill#: 1000402974835
Clerk: 11

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
****************************************
****************************************

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
****************************************
****************************************

Customer Copy



