# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

CONTRIBUTION DECLARATION - CHAPTER 13

CASE NUMBER:    2:11=bk-13939-AA

CASE NAME:    Marroquin Torres

I Zaire Marroquin state to the United States Bankruptcy Court for the Central District of California that I am making a contribution of **$860.00** each month to the debtors, and I will make this contribution each month that the debtors are in this Chapter 13 Bankruptcy Case.

I am making this contribution because I am debtors' Daughter, with enough income to help to save my parents' property. I have attached copy of our paystubs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    
Date

_____    
Signature

loyee Statement of Earnings - Payroll Help: (213)241-6670 or employeeservices@lausd.net

| e | | EE ID | Payroll Period | | Pay Date | Payroll Payment | PS-Area |
|---|---|---|---|---|---|---|---|
| ROQUIN, ZAIRA | | 963078 | 01/01/11 To:01/31/11 | | 01/31/11 | Clas 9156069 | G |

| ments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| RENT PAY | | | | | | | | | |
| gular Time Pay | 01/31/11 | X | 8485 | XX | 00963081 | 01153001 | 15.35940 | 3.50 | 53.76 |
| gular Time Pay | 01/31/11 | X | 8485 | XX | 00963081 | 01152801 | 15.35940 | 74.20 | 1,139.67 |

**Tax Exemptions**

FED / S / Exemptions = 01
CA / S / Exemptions = 01

Leave HRS

**District Paid Benefits**

District Paid PARS    44.75
EAP ER    0.29

**Annualized Status**

**Hours Summary**

| e-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| ARS EE | 44.75- | 44.75- | Agency Fee Payors G | 26.26- | 26.26- | Gross | 1,193.43 | 1,193.43 |
| | | | | | | Imputed Income | 0.00 | 0.00 |
| | | | | | | Pre-Tax Deduct | 44.75- | 44.75- |
| | | | | | | Taxable Earnings | 1,148.68 | 1,148.68 |
| | | | | | | FED Withholding | 66.53- | 66.53- |
| | | | | | | FED EE Medicare | 17.30- | 17.30- |
| | | | | | | CA  Withholding | 2.94- | 2.94- |
| | | | | | | CA  EE Disabilit | 14.32- | 14.32- |
| | | | | | | Post-Tax Deduct | 26.26- | 26.26- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 44.75- | 44.75- | Total Post-Tax: | | 26.26- | 26.26- Total Net Pay | 1,021.33 | |

Message:

Employee Statement of Earnings - Payroll Help: (213)241-6670 or employeeservices@lausd.net

| | EE ID | Payroll Period | Pay Date | Payroll Payment | PS-Area | Tax Exemptions |
|---|---|---|---|---|---|---|
| Name | | | | Clas | | FED / S / Exemptions = 01 |
| MARROQUIN, ZAIRA | 963078 | 02/01/11 To:02/28/11 | 02/28/11 | 9185821 | G | CA / S / Exemptions = 01 |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT PAY | | | | | | | | | | |
| Regular Time Pay | 02/28/11 | X | 8485 | XX | 00963081 | 01152801 | 15.35940 | 82.90 | 1,273.30 | |
| Regular Time Pay | 02/28/11 | X | 8485 | XX | 01027162 | 01153301 | 15.35940 | 4.50 | 69.12 | |

**District Paid Benefits**

| | |
|---|---|
| District Paid PARS | 50.34 |
| EAP ER | 0.29 |

**Annualized Status**

**Hours Summary**

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PARS EE | 52.32- | 94.94- | Agency Fee Payors G | 30.69- | 55.70- | Gross | 1,342.42 | 2,531.86 |
| | | | | | | Imputed Income | 0.00 | 0.00 |
| | | | | | | Pre-Tax Deduct | 52.32- | 94.94- |
| | | | | | | Taxable Earnings | 1,288.24 | 2,436.92 |
| | | | | | | FED Withholding | 85.32- | 151.85- |
| | | | | | | FED EE Medicare | 19.41- | 36.71- |
| | | | | | | CA  Withholding | 6.01- | 8.95- |
| | | | | | | CA  EE Disabilit | 16.06- | 30.38- |
| | | | | | | Post-Tax Deduct | 30.69- | 55.70- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 52.32- | 94.94- | Total Post-Tax: | 30.69- | 55.70- | Total Net Pay | 1,132.00 | |

Message: