Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

L. Bishop Austin
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
(213) 388-4939 Fax: (213)388-2411
California State Bar Number: 175497

☒ Attorney for: Debtor

☐ Pro Se Debtor

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHAPTER 13

CASE NUMBER 2:11-bk-13939-AA

In re

Mario Rene Marroquin Torres
Ana Del Carmen Guardado Marroquin

Debtor(s).

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

**LOCAL BANKRUPTCY RULE 3015-1(m)**

I,  Mario Rene Marroquin Torres  & Ana Del Carmen Guardado Marroquin  *(Debtor's name)*, hereby declare:

1.   I am the debtor in this chapter 13 bankruptcy case that was filed on  01/29/2011  .

2.   I am the owner of real property¹ at the following street address:

   4531-4533-4535 East 6th St

   Los Angeles, CA 90022                                    (the "Property").

3.   The Property is encumbered by the following deeds of trust:

   a.   First deed of trust in favor of  Ocwen Loan Servicing  .

   b.   Second deed of trust in favor of ____ *(if applicable)*. NONE---

   c.   Third deed of trust in favor of ____ *(if applicable)*.   NONE

*(Continued on next page)*

---

¹A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re                                          | CHAPTER 13 |
|---|---|
| Mario Rene Marroquin Torres<br>Ana Del Carmen Guardado Marroquin | CASE NUMBER 2:11-bk-13939-AA |
| Debtor(s). | |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I

have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Ocwen Loan Servicing | **$2,870.00** | **1-15th February 2011** | 03/10/11  (*) |
| | $2,870.00 | 1-15th March 2011 | 03/10/11 |
| PO BOX 6440<br>Carol Stream, IL 90197 | $3,135.00 | 1-15 APRIL 2011 | 4-12-11 |
| Creditor | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the

appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan

number.  (*) NOTE: February pmt sent to lender on 02/05/11, but returned back to debtor. Debtor now sent the mortgage pmt
Feb' 11 (purchase 03/07/11), March '11 (purchase 03/09/11). See attached copy of money orders from Postal Office.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each
mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state
how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments
have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative,
acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.4

F 3015-1.4

| In re | CHAPTER 13 |
|---|---|
| Mario Rene Marroquin Torres<br>Ana Del Carmen Guardado Marroquin<br><div align="right">Debtor(s).</div> | CASE NUMBER 2:11-bk-13939-AA |

6. Attached to this declaration are copies of the:

☐ cashier's checks,      ☐ money orders,      ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date    4-12-11

Signature    /s/ Mario Rene Marroquin Torres
Mario Rene Marroquin Torres
Debtor

Date    4-12-11

Signature    /s/ Ana Del Carmen Guardado Marroquin
Ana Del Carmen Guardado Marroquin
Joint Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

EG 808489065 US

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY
☐ Weekend ☐ Holiday   Mailer Signature

FROM: (PLEASE PRINT) PHONE (

TO: (PLEASE PRINT) PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

---

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

EG 808482892 US

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY
☐ Weekend ☐ Holiday   Mailer Signature

FROM: (PLEASE PRINT) PHONE (

TO: (PLEASE PRINT) PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811



**UNITED STATES POSTAL SERVICE®**    **POSTAL MONEY ORDER**

Serial Number          Year, Month, Day    Post Office    U.S. Dollars and Cents

**18863357848**         2011-04-09    900231    **$135.09**

Amount    ONE HUNDRED THIRTY FIVE DOLLARS & 09¢ ********

Pay to *OCWEN LOAN SERVICING*          Clerk

Address *P.O. BOX 6440*          From *MARIO MARROQUIN*    000

*CAROL STREAM, IL. 60197-6440*    Address *4535 E. 6 ST.*

Memo *ACC#0080503436*          *LA. CA, 90022*

⑈00000080 2⑈    18863357848⑊

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSES



**UNITED STATES POSTAL SERVICE®**    **POSTAL MONEY ORDER**

Serial Number          Year, Month, Day    Post Office    U.S. Dollars and Cents

**18863357837**         2011-04-09    900231    **$1000.9**

Amount    ONE THOUSAND DOLLARS & 00¢ ***************

Pay to *OCWEN LOAN SERVICING*          Clerk

Address *P.O. BOX 6440*          From *MARIO MARROQUIN*    00

*CAROL STREAM, IL. 60197-6440*    Address *4535 E - 6 ST*

Memo *ACC#0080503436*          *LA. CA, 90022*

⑈00000080 2⑈    18863357837⑊

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSES



